```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ANDREA S. MOON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  WILLIS FLEMINGS

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,       )  Mag. No. 2:11-mj-00325 DAD
15                                  )
                  Plaintiff,        )
16                                  )  STIPULATION AND [PROPOSED] ORDER
          v.                        )  TO VACATE AND RESET COURT TRIAL
17                                  )
    WILLIS FLEMINGS,                )
18                                  )  Date:  December 28, 2011
                  Defendant.        )  Time:  9:00 a.m.
19                                  )  Judge: Hon. Dale A. Drozd
    _____)
20

21

22  The United States of America, through David Petersen, Special Assistant

23  United States Attorney, together with defendant, Willis Flemings, by

24  counsel Linda Harter, Chief Assistant Federal Defender, stipulate to

25  vacate the court trial set for December 28, 2011 at 9:00 am and reset

26  the court trial for February 8, 2012 at 9:00 am.  Certified law student

27  Andrea Moon, assisting in the representation of the defendant, Willis

28  Flemings, has a pre-paid vacation out of the Sacramento area during the
```

holiday season.  Time is to be excluded under local rule T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  A continuance of the court trial is also appropriate for the benefit of the defendant's continuity of counsel under §3161(h)(7)(B)(iv) of the United States Code Annotated.

Dated:  December 9, 2011

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Linda Harter
                                          LINDA HARTER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          WILLIS FLEMINGS


Dated: December 9, 2011          BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ David Petersen
                                          David Petersen
                                          Special Assistant U.S. Attorney


                                  ORDER

IT IS SO ORDERED.

DATED: December 9, 2011.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

dad1:crim
flemings0325.stipord.cont-trial

STIPULATION AND [PROPOSED] ORDER   -2-