```
DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WILLIS FLEMINGS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:11 MJ 00325 DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | COURT TRIAL AND RESET AS CHANGE |
| ) | OF PLEA |
| WILLIS FLEMINGS, ) | |
| ) | |
| Defendant. ) | Date:  February 8, 2012 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Dale A. Drozd |

The United States of America, through Justin Lee, Special Assistant United States Attorney, together with defendant, Willis Flemings, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the court trial set for February 8, 2012 at 9:00 am and reset the matter for a change of plea hearing for May 8, 2012 at 10:00 am.  The parties are seeking to resolve this matter, and the government has agreed to allow Mr. Flemings three months to complete

1  payment of fines in order to have his license reinstated.
2  Dated:   February 2, 2012
                                          Respectfully submitted,
3
                                          DANIEL J. BRODERICK
4                                         Federal Defender
5
6                                          /s/ Linda Harter
                                          LINDA HARTER
7                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
8                                         WILLIS FLEMINGS
9
10 Dated: February 2, 2012                BENJAMIN B. WAGNER
                                          United States Attorney
11
12                                         /s/ Justin Lee
                                          Justin Lee
13                                        Special Assistant U.S. Attorney
14
15                               ORDER
16 IT IS SO ORDERED.
17 DATED: February 2, 2012.
18
19                                       _____
                                         DALE A. DROZD
20                                       UNITED STATES MAGISTRATE JUDGE
21 dad1:crim
   flemings0325.stipord.set-cop
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER   -2-